JS-6

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAMBRIA VALLAIRE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br> vs.<br><br>PRISMA ENTERTAINMENT, LLC, dba PLAN B GENTLEMEN'S CLUB, a California corporation; FRANK GRUNDEL, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive,<br><br>     Defendants. | Case No.  2:24-cv-10554 - CBM-AS<br><br>[Assigned for all purposes to Hon. Consuelo B. Marshall]<br><br>**JUDGMENT IN FAVOR FOR PLAINTIFF CAMBRIA VALLAIRE** |

On June 9, 2025, Defendants Prisma Entertainment, LLC dba Plan B Gentlemen's Club, and Frank Grundel (collectively, "Defendants") served plaintiff Cambria Vallaire ("Plaintiff") with a Fed. R. Civ. P. 68 Offer of Judgement in this action in the amount of $41,250.00, **inclusive** of reasonable attorney's fees and costs. On June 9, 2025, Plaintiff accepted the offer. *See* Dkt 17.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff shall have and recover from Defendants, jointly and severally, the total sum of FORTY-ONE THOUSAND TWO HUNDRED FIFTY DOLLARS ($41,250.00), **inclusive** of attorney's fees and costs.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff and against Defendants for the total sum of FORTY-ONE THOUSAND TWO HUNDRED FIFTY DOLLARS ($41,250.00), **inclusive** of attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 26, 2025

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE